UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  9:22-cv-81457-AMC

SECURITIES AND EXCHANGE COMMISSION,

      Plaintiff,

v.

MANHATTAN TRANSFER REGISTRAR COMPANY and JOHN C. AHEARN,

      Defendants.

**PLAINTIFF'S UNOPPOSED MOTION FOR ENTRY OF
FINAL JUDGMENTS AGAINST DEFENDANTS MANHATTAN
TRANSFER REGISTRAR COMPANY, AND JOHN C. AHEARN**

Plaintiff Securities and Exchange Commission ("Commission") moves for entry of final judgments against Defendants Manhattan Transfer Registrar Company ("Manhattan Transfer"), and John C. Ahearn ("Ahearn") (collectively "Defendants").  By their Consents, attached as Exhibits A and B, Defendants waive service of the Summons and the Complaint in this action; enter a general appearance; and admit the Court's jurisdiction over Defendants and the subject matter of this action.

Defendants have consented to entry of the Final Judgments attached as Exhibits C and D. Entry of the Final Judgments will conclude the Commission's litigation of this matter against Defendants.  The Final Judgments specify that the Court shall retain jurisdiction to enforce the terms of the Final Judgments.

Accordingly, the Commission respectfully requests the Court enter the attached Final Judgments as to Defendants Manhattan Transfer Registrar Company and John C. Ahearn.

Counsel for the Commission conferred with Defendant Manhattan Transfer's president, Roland Nezaj, and counsel for Defendant Ahearn, and neither oppose this motion.

September 21, 2022                    Respectfully submitted,

By: **/s/Christine Nestor, Esq.**
Christine Nestor
Senior Trial Counsel
Fla. Bar No. 597211
Direct Dial:  (305) 982-6367
E-mail:  nestorc@sec.gov

**/s/Barbara Viniegra, Esq.**
Barbara Viniegra
Senior Counsel
Fla. Bar No. 716901
Direct Dial:  (305) 416-6218
E-mail:  viniegrab@sec.gov

**ATTORNEYS FOR PLAINTIFF**
**SECURITIES AND EXCHANGE COMMISSION**
801 Brickell Avenue, Suite 1950
Miami, FL 33131
Telephone:  (305) 982-6300
Facsimile:  (305) 536-4154

## **CERTIFICATE OF SERVICE**

I certify that on September 21, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record or by means denoted below upon the below list.

                                                    **/s/Christine Nestor, Esq.**
                                                    Christine Nestor

Manhattan Transfer Registrar Company
c/o Roland Nezaj, President
38B Sheep Pasture Road
Port Jefferson, New York 11777
Email: roland.nezaj@rlnus.com
*Defendant Manhattan Transfer*
VIA E-MAIL

Martin M. Berliner, Esq.
Berliner McDonald P.C.
4380 S. Syracuse Street, Suite 304
Denver, Colorado 80237-2625
mberliner@berlinermcdonald.com
*Attorney for Defendant John C. Ahearn*
VIA EMAIL